## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MADRASAH ISLAMIAH, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. H-12-3492 |
| DEPARTMENT OF HOMELAND SECURITY *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

The parties' joint motion to continue the October 24, 2014 oral argument, (Docket Entry No. 55), is granted. It is rescheduled for **December 12, 2014, at 4:00 p.m.**

SIGNED on October 21, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge