IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MADRASAH ISLAMIAH, INC., and<br>HAFIZ MATIULLAH KHALID, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-3492 |
| DEP'T OF HOMELAND SECURITY, *et al.*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.  This is a final judgment.

SIGNED on February 13, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge